# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 272 WAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
EUGENE MCMILLER, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.